

STEPHANIE R CHMIELEWSKI
OR JESSE K CHMIELEWSKI
POD KRIS A HANNA
6757 BELLINGRATH CT
LAS VEGAS  NV 89149-0227

**Uni-Statement**
Account Number:

Statement Period:
Apr. 8 , 2009
through
May 7 , 2009

Page 5 of 5

## FREE CHECKING (CONTINUED)
Account Number  1-537-5059-3664

### Card Withdrawals (continued)

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| May | 4 | Visa Purchase (Non-PIN) QUIZNO'S | On 050209 LAS VEGAS NV  REF # 24055239123286789500 US1 | 3286789500 | 8.28- |
| May | 4 | Visa Purchase (Non-PIN) CARMINES ITALIAN | On 050109 N LAS VEGAS  NV  REF # 24071059123330190266 US1 | 3330190266 | 28.38- |
| May | 6 | Purchase Made With PIN 016522 | CHEVRON/TERRIBLE LAS VEGAS On 050509 ILNKILNK REF 912600016522 | 2205051934 | 3.59- |
| May | 6 | Visa Purchase (Non-PIN) PANDA EXPRESS 72 | On 050509 LAS VEGAS NV REF # 24224439126040009030 US1 | 6040009030 | 6.41- |
| May | 6 | Visa Purchase (Non-PIN) VIVA ZAPATA'S | On 050409 NORTH LAS VE NV REF # 24761979125277392015 US1 | 5277392015 | 14.60- |
| May | 6 | ATM Withdrawal | 3234 N. Decatur  Las Vegas NV Serial No. 275915151843PLUSTERM | | 22.50- |
| May | 6 | Visa Purchase (Non-PIN) DESERT VALLEY PE | On 050409 LAS VEGAS NV REF # 24512399125900013000 US1 | 5900013000 | 60.00- |

|  | Card  5367 Withdrawals Subtotal | $ | 2,201.64- |
|---|---|---|---|
|  | Total Card Withdrawals | $ | 3,462.38- |

### Other Withdrawals

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| Apr. | 16 | Customer Withdrawal | | 7438233124 | 320.00- |
| Apr. | 17 | Electronic Withdrawal REF=09107007163484 N | To WU Honda 1023999104WU SPDY  00000092674760 | | 476.36- |
| May | 4 | Electronic Withdrawal REF=09124003853747 N | To MERTSPDY 9116558140SPEDSAX  2000322756 -- PROCESSING SITE # | | 1,753.14- |

|  | Total Other Withdrawals | $ | 2,549.50- |
|---|---|---|---|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 1046 | Apr.  21 | 9397618360 | 47.00 |

|  | Conventional Checks Paid ( 1 ) | $ | 47.00- |
|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr.  8 | 145.75 | Apr.  20 | 669.52 | Apr.  30 | 4,875.56 |
| Apr.  9 | 104.51 | Apr.  21 | 414.96 | May  1 | 4,653.20 |
| Apr.  10 | 78.98 | Apr.  22 | 327.51 | May  4 | 2,728.70 |
| Apr.  13 | 102.29 | Apr.  23 | 309.03 | May  5 | 2,693.70 |
| Apr.  14 | 81.82 | Apr.  24 | 3,133.11 | May  6 | 2,584.60 |
| Apr.  15 | 46.16 | Apr.  27 | 2,912.21 | May  7 | 2,395.35 |
| Apr.  16 | 2,352.73 | Apr.  28 | 2,426.30 | | |
| Apr.  17 | 1,155.08 | Apr.  29 | 2,394.64 | | |

Balances only appear for days reflecting change.



STEPHANIE R CHMIELEWSKI
OR JESSE K CHMIELEWSKI
POD KRIS A HANNA
6757 BELLINGRATH CT
LAS VEGAS  NV 89149-0227

**Uni-Statement**
Account Number:

Statement Period:
May 8 , 2009
through
Jun. 5 , 2009

Page 5 of 5

## FREE CHECKING (CONTINUED)
U.S. Bank National Association

Account Number  1-537-5059-3664

### Other Withdrawals

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| May | 12 | Electronic Withdrawal  REF=09132008026953 N | To AT&T  9991300000PAYMENT  525345008PAC | | $  134.92- |
| May | 14 | Customer Withdrawal | | 7432602721 | 320.00- |
| May | 14 | Customer Withdrawal | | 7432602724 | 1,064.25- |
| May | 18 | Electronic Withdrawal  REF=09138006483724 N | To WU Honda  1023999104WU SPDY  00000092674760 | | 476.36- |
| May | 18 | Internet Banking Transfer | To Account 253750384658 | 6000178363 | 500.00- |
| May | 28 | Overdraft Charge | | | 37.50- |
| Jun. | 1 | Electronic Withdrawal  REF=09152007548331 N | To MERTSPDY  9116558140SPEDSAX  2000322756 | PROCESSING SITE # | 1,748.19- |

Total Other Withdrawals  $  4,281.22-

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1047 | May 26 | 9390616709 | 47.00 | 1381* | May 13 | 9396542769 | 300.00 |

* Gap in check sequence

Conventional Checks Paid ( 2 )    $    347.00-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 8 | 2,054.57 | May 19 | 193.79 | Jun. 1 | 259.44 |
| May 11 | 1,955.17 | May 21 | 102.05 | Jun. 2 | 199.31 |
| May 12 | 1,783.89 | May 22 | 64.24 | Jun. 3 | 166.33 |
| May 13 | 1,275.63 | May 26 | 84.30 | Jun. 4 | 210.54 |
| May 14 | 2,588.18 | May 27 | 41.52 | Jun. 5 | 117.84 |
| May 15 | 2,409.07 | May 28 | 2,296.76 | | |
| May 18 | 699.57 | May 29 | 2,238.21 | | |

Balances only appear for days reflecting change.