Entered on Docket
November 16, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

GREGORY L. WILDE, ESQ., Bar NO. 004417
WILDE & ASSOCIATES
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone (702) 258-8200

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital 1 Inc. Trust 2007-SEA1  / Client no. 09-72304

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re: | BK-08-25526-mkn |
|---|---|
| Jesse K. Chmielewski and Stephanie R. Chmielewski,  <br>  Debtors. | Date:   1/6/2010  <br> Time:   2:30 p.m.  <br> Chapter 13 |

## ORDER REINSTATING AUTOMATIC STAY AND PROOF OF CLAIM

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order Vacating Automatic Stay entered on or about June 25, 2009 is hereby vacated. A copy of the Order is attached hereto as Exhibit "A" and incorporated herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED Secured Creditor's Proof of Claim for payment of pre-petition arrears is reinstated.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties are exchanging information to work out arrearages and future default provisions.

1

2          IT IS SO ORDERED this ____ day of _____, 2009.

3

4

5   Submitted by:
    Wilde & Associates

6

7   _____#10235_____
    Gregory L. Wilde, Esq., Attorney for Secured Creditor

8

9

10  APPROVED AS TO ITS FORM AND CONTENT:

11

12  _____           _____
    Christian Griffin, Esq.           Rick A. Yarnall
13  Attorney for Debtor               Chapter 13 Trustee
    1020 Garces Ave.                  701 Bridger Ave, #820
14  Las Vegas, Nevada 89101           Las Vegas, Nevada 89101
    Nevada Bar No: _____

15

16

17

18

19

20

21

22

23

24

25

26

**ALTERNATIVE METHOD RE: LOCAL RULE 9021:**

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

**X** I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

**X** approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or   ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or   **X** failed to respond to the document

Other Party:_____

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or   ____ failed to respond to the document

Breach Order:

____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor